13-40A

# Inmate/Resident Health Appraisal

| Arrival at Facility: | Date 03/27/2019 | Inmate/Resident Name: JEFFREY SCOTT PLANK |
|---|---|---|
| ☒ Initial Appraisal: | Date 04/04/2019 | Inmate/Resident Number: 28723031 - KCK |
| ☐ Periodic Appraisal: | Date | DOB: ▮▮▮ 1965 |

| Date: 04/04/2019 | Facility: Leavenworth | | | | | |
|---|---|---|---|---|---|---|
| Height: 72.7 in | Weight: 303.2 lb | Access to Care Understood? ☒ Yes ☐ No | Respiration: 18 | Pulse: 65 | Temp: 98.3 F | BP: 122 / 85 |

**PRESENT COMPLAINTS:** Describe any current symptoms or complaints
NONE

**MEDICAL/SURGICAL HISTORY:** Include any current or previously diagnosed medical or surgical conditions and any previous hospitalizations
PMH: CHF- 2016, High Cholesterol, HTN, Sleep apnea w/ CPAP use. MI  x 2 in 2016
Surg- Right Hand Surgery, Fusion of ring finger of right hand- Multiple hand surgeries.
Hosp- MI

**SOCIAL HISTORY:** Include history of drug, alcohol or tobacco use. Document intravenous drug use history.
T- Cigs- 1 PPD HX - Quit in 2016
A- Denies
Drugs- Meth-  Denies IVDU

**FAMILY HISTORY:** Parents and siblings.
Mother- Alive- CHOLE
Father- Deceased- age 54 of MI

**CURRENT MEDICATIONS:**
Atorvastatin Calcium 80 MG Oral Tablet #30 Tablet, TAKE 1 TABLET AT BEDTIME., 5 refills
Carvedilol 3.125 MG Oral Tablet #60 Tablet, TAKE 1 TABLET TWICE DAILY, 5 refills
Furosemide 40 MG Oral Tablet #30 Tablet, TAKE 1 TABLET DAILY, 5 refills
Lisinopril 5 MG Oral Tablet #30 Tablet, TAKE 1 TABLET DAILY., 5 refills
metFORMIN HCl - 1000 MG Oral Tablet #60 Tablet, TAKE 1 TABLET TWICE DAILY, 5 refills
Spironolactone 25 MG Oral Tablet #30 Tablet, TAKE 1 TABLET DAILY., 5 refills

**ALLERGIES OR MEDICATION SENSITIVITIES:**
No Known Allergies

DEFENDANT'S EXHIBIT 1

10/10/12

13-40A

# Inmate/Resident Health Appraisal

## HISTORY/REVIEW OF SYSTEMS (Check All Applicable)

| HEAD | EYE | EAR | NOSE | THROAT |
|---|---|---|---|---|
| ☐ Injury | ☐ Inflammation | ☐ Pain | ☐ Injury | ☐ Tonsillitis |
| ☐ Headaches | ☐ Impaired Vision | ☐ Discharge | ☐ Obstruction | ☐ Hoarseness |
| ☐ Sinus pain | ☐ Glasses | ☐ Deafness | ☐ Nose bleeds | ☐ Sore throat |
| ☐ Dizziness | ☐ Other | ☐ Ringing in ears | ☐ Postnasal Drip | ☐ Speech defect |
| ☐ Other | | ☐ Other | ☐ Other | ☐ Other |

| MOUTH | NECK | CHEST/HEART | LUNGS | |
|---|---|---|---|---|
| ☐ Teeth | ☐ Enlarged glands | ☐ Chest pain or pressure | ☐ Asthma | ☐ Tuberculosis |
| ☐ Lips | ☐ Thyroid disease | ☐ Heart Palpitations | ☐ Hay fever | ☐ SOB |
| ☐ Gums | ☐ Other | ☐ Swelling | ☐ Pain | |
| ☐ Tongue | | ☐ Shortness of breath | ☐ Cough | ☐ Other |
| ☐ Other | | ☐ Difficulty with exertion or exercise | ☐ Night sweats | |
| | | ☐ Other | ☐ Pneumonia | |

**ABDOMEN/GASTRO-INTESTINAL**
☐ Gas, belching ☐ Pain on swallowing ☐ Constipation
☐ Nausea ☐ Pain or burning after eating ☐ Diarrhea
☐ Vomiting ☐ Ulcer ☐ Hernia
☐ Jaundice ☐ Vomiting blood ☐ Other
☐ Gallstones ☐ Black stools

**DIABETES**
☐ High blood sugar
☐ Low blood sugar
☐ Insulin
☐ Oral medication
☐ Frequent urination

**GENITO-URINARY/RECTAL**
☐ Painful urination ☐ Getting up at night ☐ Hemorrhoids
☐ Frequent urination ☐ History of venereal disease ☐ Other
☐ Blood in urine
☐ Kidney stones ☐ Rectal bleeding

**WEIGHT**
☐ Recent weight loss
☐ Recent weight gain

**NEUROLOGICAL/SPINE**
☐ Dizziness
☐ Fainting
☐ Blackouts/loss of consciousness
☐ Numbness or tingling
☐ Pain
☐ Epilepsy/seizure
☐ Other

**MUSCULOSKELTAL**
☐ Muscle pain
☐ Muscle weakness
☐ Muscle twitching
☐ Joint pain
☐ Arthritis
☐ Deformities
☐ Paralysis
☐ Other

**PSYCHIATRIC**
☐ Suicide attempt
☐ Psychiatric hospitalization
☐ Anxiety
☐ Depression
☐ Anger difficulties
☐ Hear voices/hallucinations
☐ Other

**COMMENTS**

ROS normal Per IM

Inmate Name: JEFFREY SCOTT PLANK   Inmate Number: 28723031 - KCK

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

# Inmate/Resident Health Appraisal

**GENERAL IMPRESSION:** (To include identifying marks, scars and tattoos)
NAD,

| Physical Exam | WNL | Abnormal Findings |
|---|---|---|
| 1. Head | WNL | |
| 2. Eyes | WNL | OU- 20/30 |
| 3. Ears | WNL | |
| 4. Nose | WNL | |
| 5. Mouth | WNL | |
| 6. Neck | WNL | |
| 7. Chest | WNL | |
| 8. Lungs | WNL | CTA A & P |
| 9. Heart | WNL | RRR, No murmurs |
| 10. Vessels | WNL | |
| 11. Abdomen | WNL | OBese |
| 12. Hernia | | NCI |
| 13. Rectal | | NCI |
| 14. Genital | | NCI |
| 15. Upper Ext. | WNL | |
| 16. Lower Ext. | WNL | |
| 17. Spine | WNL | |
| 18. Neurological | WNL | |
| 19. Psychiatric (Mental Status) Psychiatric Consult Indicated? | No | |

| Visual Acuity | | Visual Acuity (corrected) | | Hearing Aid | | Prosthesis | Housing Limitations |
|---|---|---|---|---|---|---|---|
| Right | Left | Right | Left | Yes | No | | |
| 20/40 | 20/30 | | | ☐ | ✔ | NONE | BB for CPAP |

**PROBLEM LIST**

CPAP (continuous positive airway pressure) dependence
Sleep apnea
High cholesterol
HTN (hypertension)

**PLAN OF CARE**

BB for CPAP use , CCC- HTN, High cholesterol, Pulmonary Sleep apnea.

**LABORATORY/DIAGNOSTIC TESTS ORDERED (LIST):** Continued to Overflow
**IMMUNIZATIONS?** ☐ Yes or ● No  List:
**CHRONIC CARE REFERRAL?** ● Yes or ☐ No    **IF YES, DATE OF REFERRAL:** 04/04/2019
**DATE OF FULL REVIEW OF MEDICAL RECORD:** 04/04/2019
**MEDICAL FOLLOW-UP VISIT SCHEDULED?** ● Yes or ☐ No    **IF YES, DATE OF APPT:** 2 weeks
**CIRCUMSTANCES PRECLUDING USE OF FORCE AGENTS/DEVICES:** NONE
**RECOMMENDATIONS FOR HOUSING, JOB ASSIGNMENT, PROGRAMMING:** NONE, Cleared for work.

Inmate Name: JEFFREY SCOTT PLANK        Inmate Number: 28723031 - KCK

Gloria Wiggins, NP; Apr  4 2019  2:54PM CST (Author)        Date: _____

10/10/12

**Health Appraisal**  13-40A

*Please use this page to comment on findings from previous pages*

```
Continued from LabsOrdered - CXR, peak flow, VSS, BMI, Asthma Classification
HTN: CXR, EKG, chem, cbc, UA, BMI
Cholesterol: EKG, chem, cbc, HIV
```

**Name:** JEFFREY SCOTT PLANK   **Inmate/Resident #** 28723031 - KCK

**Signature:** Gloria Wiggins, NP; Apr  4 2019  2:54PM CST (Author)

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

**Health Appraisal**  13-40A

*Please use this page to comment on findings from previous pages*

| Name: | JEFFREY SCOTT PLANK | Inmate/Resident #: | 28723031 - KCK |

Signature: Gloria Wiggins, NP; Apr  4 2019  2:54PM CST (Author)

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic