# Olathe Medical Center, Inc.

20333 W. 151st Street     Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

## Discharge Summary Documentation

| Document | Author/Signed Date | Date of Service | Document Status |
|---|---|---|---|
| Discharge Summary | Morrison,Todd W MD (6/12/2016 19:28 CDT) | 6/10/2016 00:00 CDT | Auth (Verified) |

Date of Service: 6/10/2016

DISCHARGE DIAGNOSIS:
1. Acute congestive heart failure
2. Nonischemic cardiomyopathy.
3. Elevated troponin.
4. Type 2 diabetes.
5. Hypertension.
6. Hyperlipidemia.
7. Obstructive sleep apnea on CPAP.
8. Tobacco use.

HISTORY: 50-year-old gentleman presented with little over a week of dyspnea to the clinic and was subsequently sent directly to the emergency room and admitted with elevated troponin and evidence of congestive heart failure.

HOSPITAL COURSE: Patient was diuresed adequately. Echocardiogram showed markedly reduced global ejection fraction and global hypokinesis. He was started on Lasix, restarted on lisinopril, which he had been off of for a week and diuresed with resolution of his hypoxia shortness of breath without difficulty.

He had a nuclear stress test, which showed some subtle abnormality. Subsequent cardiology catheterization prior to discharge, which was negative for significant coronary disease. Cardiology discussed options. He was sent home apparently on medications with the plan to follow up and if not improving, consider potential AICD placement in the future. He did not demonstrate significant arrhythmia during his stay.

He did get initiated on Chantix for tobacco cessation and counseled extensively. He did have elevated troponins, which decreased during his stay, likely consistent with his congestive heart failure exacerbation. He did not have evidence of an acute myocardial infarction on presentation with normal EKGs.

DISCHARGE INSTRUCTIONS: Discharged to home. Diet, cardiac. Activity as tolerated with cardiac rehab being initiated. Follow up 2 weeks with Dr. Morrison. Follow up with cardiology yet to be established, but they will make recommendations prior to discharge.

DISCHARGE MEDICATIONS: See med rec.

*** Final Report ***
*Electronically signed by: Morrison, Todd W MD  06/12/16 19:28*
*Transcribed by: PSP06l11/16 07:00*
*Dictated/Created by: Morrison, Todd W MD  06/11/16 07:06*

DEFENDANT'S
EXHIBIT
2

LEGEND:     Abnormal = *     Critical = C     Interpretive data = i     Corrected = c     Low = L     High = H     Footnotes = @

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street        Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮▮ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

---

## *Discharge Summary Documentation*

| Document | Author/Signed Date | Date of Service | Document Status |
|---|---|---|---|
| OMC Inpatient Discharge Med List | Turner,Lindsey (6/10/2016 16:08 CDT); Turner,Lindsey (6/10/2016 16:04 CDT); Morrison,Todd W MD (6/10/2016 14:07 CDT); Morrison,Todd W MD (6/10/2016 14:06 CDT) | 6/10/2016 16:08 CDT | Modified |

**OMC Inpatient Discharge Med List**

**Olathe Medical Center**
**20333 West 151st Street, Olathe, KS 66061**
**(913)-791-4200**

**Name:** PLANK, JEFFREY S          **Admitting Physician:** Morrison, Todd W MD
**Date of Birth:** ▮▮ 1965 12:00 AM          **FIN:** 29556636
**Age:** 50 Years          **Location:** 3N
**MRN:** OMC_050479          **Arrival Date & Time:** 6/07/2016 11:29 AM
**Allergies:**
No Known Medication Allergies; NKA
**Discharge Medication List**

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 TAB, Oral, Every Day, Refills: 0

**atorvastatin (Lipitor 80 mg oral tablet)** 1 TAB, Oral, Every Day, Refills: 0

**carvedilol (Coreg 3.125 mg oral tablet)** 1 TAB, Oral, Twice daily with food, Refills: 6

**furosemide (Lasix 40 mg oral tablet)** 1 TAB, Oral, Twice daily, Refills: 4

**lisinopril (lisinopril 5 mg oral tablet)** 1 TAB, Oral, Every Day, Refills: 3

**metFORMIN (metFORMIN 500 mg oral tablet, extended release)** 4 TAB, Oral, Every Day, start one a day7d, then 2 a day 7d, then 3 a day 7d, then full dose
with evening meal, Refills: 2, Hold 48 hours after iv contrast studies.

**Misc Medication (Diabetes Lancet Device)** , See Instructions, Use daily for glucose testing., Refills: 0

**Misc Medication (Diabetes Test Strips)** , See Instructions, Use for daily glucose testing, Refills: 3

**Misc Medication (Glucose Monitor)** , See Instructions, Use daily for glucose testing, Refills: 0

**varenicline (Chantix 1 mg oral tablet)** 1 TAB, Oral, Twice daily, Refills: 3

---

# Olathe Medical Center, Inc.

20333 W. 151st Street      Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ███ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ████6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

---

| *Discharge Summary Documentation* |
|---|

## Updates to Your Medications:

### New Medications

#### Walgreens Drug Store 10150, 750 E MAIN ST GARDNER, KS 660301744, (913) 884 - 7912

**carvedilol (Coreg 3.125 mg oral tablet)** 1 TAB, Oral, Twice daily with food, Refills: 6
Last Dose:_____

**furosemide (Lasix 40 mg oral tablet)** 1 TAB, Oral, Twice daily, Refills: 4
Last Dose:_____

**varenicline (Chantix 1 mg oral tablet)** 1 TAB, Oral, Twice daily, Refills: 3
Last Dose:_____

### Other Medications

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 TAB, Oral, Every Day, Refills: 0
Last Dose:_____

## Medications to Continue Taking That Have Changed

#### Walgreens Drug Store 10150, 750 E MAIN ST GARDNER, KS 660301744, (913) 884 - 7912

START: **atorvastatin (Lipitor 80 mg oral tablet)** 1 TAB, Oral, Every Day, Refills: 0
Last Dose:_____
STOP: **atorvastatin (Lipitor 40 mg oral tablet)** 1 TAB, Oral, Every Day, Refills: 2

## Medications to Continue with No Changes

#### Walgreens Drug Store 10150, 750 E MAIN ST GARDNER, KS 660301744, (913) 884 - 7912

**lisinopril (lisinopril 5 mg oral tablet)** 1 TAB, Oral, Every Day, Refills: 3
Last Dose:_____

**metFORMIN (metFORMIN 500 mg oral tablet, extended release)** 4 TAB, Oral, Every Day, start one a day7d,
then 2 a day 7d, then 3 a day 7d, then full dose
with evening meal, Refills: 2, Hold 48 hours after iv contrast studies.
Last Dose:_____

**Misc Medication (Diabetes Lancet Device)** , See Instructions, Use daily for glucose testing., Refills: 0
Last Dose:_____

**Misc Medication (Diabetes Test Strips)** , See Instructions, Use for daily glucose testing, Refills: 3
Last Dose:_____

**Misc Medication (Glucose Monitor)** , See Instructions, Use daily for glucose testing, Refills: 0
Last Dose:_____

---

LEGEND:      Abnormal = *      Critical = C      Interpretive data = i      Corrected = c      Low = L      High = H      Footnotes = @

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street        Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

---

### *Discharge Summary Documentation*

**No Longer Take the Following Medications**

**testosterone (Testim 1% (50 mg/5 g) transdermal gel)** 3 EA, Topical, Every Day, Refills: 1
Stop Taking Reason:

---

### *ECC*

| Document | Author/Signed Date | Date of Service | Document Status |
|---|---|---|---|
| ECC Discharge Summary | Meyer,Kathryn M (6/7/2016 15:11 CDT) | 6/7/2016 15:11 CDT | Auth (Verified) |

**ECC Discharge Summary Entered On: 6/7/2016 15:11**
**Performed On: 6/7/2016 15:11 by Meyer, Kathryn M**

**ECC Discharge**
*Pain Reassessment Needed? :* No
*Condition Upon Release :* Stable
*Mode of Discharge :* Stretcher
*Plan of Care Reviewed :* N/A
*Universal Med Form Acceptance :* Pt Admitted
*Discharge Disposition :* Admit

Meyer, Kathryn M - 6/7/2016 15:11

**ED Procedure Charges**
*ECC Phys Performed Procedures :* ECC None Performed

Meyer, Kathryn M - 6/7/2016 15:11

**ED Assistance Summary**
*ED Visit Types :* Standard ED Encounter

Meyer, Kathryn M - 6/7/2016 15:11

---

# Olathe Medical Center, Inc.

20333 W. 151st Street          Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

| ECC |
|---|

| Document | Author/Signed Date | Date of Service | Document Status |
|---|---|---|---|
| ED Physician Notes | Berrigan,J.Patrick MD (6/10/2016 15:42 CDT) | 6/7/2016 11:40 CDT | Auth (Verified) |

**Dyspnea**
**OHSI Emergency Physician Note**

Patient: **PLANK, JEFFREY S**      **MRN: OMC_050479**      **FIN:** ▮6636
Age: **50 years**   Sex: **Male**   DOB: ▮1965
Associated Diagnoses: **None**
Author: **Berrigan, J. Patrick MD**

**Basic Information**
   **Time seen:** Time seen
   06/07/2016 11:38
   .
   **History source:** Patient.
   **Arrival mode:** Private vehicle.
   **Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint

| | | |
|---|---|---|
| 06/07/2016 11:33 | Chief Complaint | Dyspnea for a week. Room air O2 sat at PCP's office 78%. Denies cough or chest pain. Denies Hx of lung or heart disease. |
| 06/07/2016 10:17 | Chief Complaint | Shortness of breath, lightheadedness, chest tightness, sweating, urinating a lot, started noticing some of these symptoms when started the testosterone. |

.

**History of Present Illness**
   The patient presents with difficulty breathing.  The onset was 1  weeks ago.  The course/duration of symptoms is worsening.  Degree at onset mild.  Degree at present moderate.  The Exacerbating factors is exertion.  There are Relieving factorss including rest and oxygen.  Risk factors consist of diabetes mellitus, hypertension, smoking and smoke exposure. Prior episodes: none.  Therapy today: doctor's office visit and Sent to ED when patient was found to have low oxygen saturations in the  70s percent range on room air, does not normally use oxygen.  Associated symptoms: denies fever, denies chills, denies cough, denies nausea, denies vomiting, denies abdominal pain and denies hemoptysis.  Additional history: Patient reports chest pain last week, but none this week, chest pain with onset of symptoms.

**Review of Systems**
         **Constitutional symptoms:** No fever, no chills.
         **Skin symptoms:** No jaundice, no rash.
         **Eye symptoms:** No recent vision problems, no pain.
         **ENMT symptoms:** No ear pain, no sore throat.

| LEGEND: | Abnormal = * | Critical = C | Interpretive data = i | Corrected = c | Low = L | High = H | Footnotes = @ |
|---|---|---|---|---|---|---|---|

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street    Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

---

## ECC

**Respiratory symptoms:** Shortness of breath, no cough, no hemoptysis.
**Cardiovascular symptoms:** No chest pain, no palpitations, no tachycardia, no syncope.
**Gastrointestinal symptoms:** No abdominal pain, no nausea, no vomiting.
**Genitourinary symptoms:** No dysuria, no hematuria.
**Musculoskeletal symptoms:** No back pain, no Muscle pain.
**Neurologic symptoms:** No headache, no dizziness, no altered level of consciousness, no numbness, no tingling, no weakness.
**Psychiatric symptoms:** No anxiety, no depression.
**Endocrine symptoms:** No polyuria, no polydipsia.
**Hematologic/Lymphatic symptoms:** Bleeding tendency negative, bruising tendency negative.
**Additional review of systems information:** All other systems reviewed and otherwise negative.

## Health Status
### Allergies:
Allergic Reactions (Selected)
NKA
No Known Medication Allergies.

## Past Medical/ Family/ Social History

### Medical history
Reviewed as documented in chart.
Problem list:
All Problems
Hyperlipidemia / 92826017 / Confirmed
HTN (hypertension) / 1215744012 / Confirmed
Male hypogonadism / 81184018 / Confirmed
OSA (obstructive sleep apnea) / 129889015 / Confirmed
Type 2 diabetes mellitus / 197761014 / Confirmed
Canceled: No Chronic Problems / NKP.
### Surgical history:
RIGHT Shoulder Repair in 2005 at 40 Years.
larynx surgery in 2000 at 35 Years.
Finger/Hand Fx Repair in 1995 at 30 Years.
Colonoscopy, flexible; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure) (45378)..
### Family history:
Aortic aneurysm
Father (x, Deceased)
.
**Social history:** Include social history
**Social & Psychosocial Habits**

### Substance Abuse

LEGEND:    Abnormal = *    Critical = C    Interpretive data = i    Corrected = c    Low = L    High = H    Footnotes = @

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street        Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

---

## ECC

03/25/2011                **Risk Assessment:** Denies Substance Abuse

11/23/2015 **Use:** Denies

**Tobacco**
06/07/2016 **Smoking Use:** Heavy tobacco smoker
 **Type:** Cigarettes
 **Tobacco use per day:** 20
 **Number of years:** 25
 **Started at age:** 25.0 Years

**Alcohol**
03/25/2011                **Risk Assessment:** Denies Alcohol Use

10/26/2015 **Use:** Current
 **Type:** Beer
 **Frequency:** 1-2 times per month

**Employment/School**
09/09/2014 **Status:** Employed
 **Description:** renal prporty manages
.

## Physical Examination

### Vital Signs
Vital Signs

| | | |
|---|---|---|
| 06/07/2016 11:33 | Temperature Oral | 36.7 DegC |
| | **Peripheral Pulse Rate** | **102 bpm HI** |
| | Respiratory Rate | 20 BRMIN |
| | Systolic Blood Pressure Monitored | 139 mmHg |
| | **Diastolic Blood Pressure Monitored** | **96 mmHg HI** |
| | **Oxygen Saturation** | **87 % LOW** |
| 06/07/2016 10:17 | **Peripheral Pulse Rate** | **205 bpm >HHI** |
| | Respiratory Rate | 24 BRMIN |
| | Systolic Blood Pressure Left | 140 mmHg |
| | **Diastolic Blood Pressure Left** | **92 mmHg >HHI** |
| | Blood Pressure Location Left | Bicep |
| | Mean Arterial Pressure Left | 108 |
| | **Oxygen Saturation** | **86 % LOW** |

LEGEND:      Abnormal = *      Critical = C      Interpretive data = i      Corrected = c      Low = L      High = H      Footnotes = @

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street      Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

| ECC |
|---|

| | | |
|---|---|---|
| Oxygen Therapy | Room air | |
| Systolic Blood Pressure | 140 mmHg | |
| **Diastolic Blood Pressure** | **92 mmHg  >HHI** | |

Measurements

| | | | |
|---|---|---|---|
| 06/07/2016 11:33 | Height Clinical | 184 cm | |
| | Weight Clinical | 155 kg | (Modified) |
| | Body Mass Index | 45.78 kg/m2 | (Modified) |
| 06/07/2016 11:31 | Height Clinical | 184 cm | |
| | Weight Clinical | 152 kg | |
| | Body Mass Index | 44.9 kg/m2 | |
| 06/07/2016 10:17 | Height Clinical | 186 cm | |
| | Height | 186 cm | |
| | Weight Clinical | 155.8 kg | |
| | Weight | 155.8 kg | |
| | BSA | 2.8372 m2 | |
| | Body Mass Index | 45.03 kg/m2 | |
| | Weight Type Clinic | Measured | |

**General:** Alert, no acute distress.
**Skin:** Dry, pink, intact, no rash.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple, trachea midline.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact.
**Ears, nose, mouth and throat:** Tympanic membranes clear, oral mucosa moist.
**Cardiovascular:** Regular rate and rhythm, No murmur, Arterial pulses: Bilateral, upper extremity, lower extremity, carotid, radial, femoral, dorsalis pedis, normal.
**Respiratory:** Respirations are non-labored, Breath sounds: Bilateral, diminished, crackles present, wheezes present mild.
**Chest wall:** No tenderness, No deformity.
**Back:** Nontender, Normal range of motion.
**Musculoskeletal:** Normal ROM, normal strength, no tenderness, no swelling, No cords, no asymetry, no Homan's sign.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN II-XII intact, normal sensory observed, normal motor observed, normal speech observed.
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Cooperative, appropriate mood & affect.

**Medical Decision Making**

| | | | | | | |
|---|---|---|---|---|---|---|
| LEGEND: | Abnormal = * | Critical = C | Interpretive data = i | Corrected = c | Low = L | High = H | Footnotes = @ |

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street      Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮▮ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

---

## ECC

**Differential Diagnosis:** Pneumonia, bronchitis, congestive heart failure, pulmonary embolism, chronic obstructive pulmonary disease, asthma, pulmonary edema, pleural effusion, acute myocardial infarction, upper respiratory infection.

**Documents reviewed:** Emergency department nurses' notes, emergency department records, prior records.

**Orders**

**ECC Orders as of (06/07/16 14:22)**

*ADT Status*

Bed Placement Orders/Decision to Admit for ECC - 06/07/16 13:33:00, Telemetry, Diagnosis Other (Document Special Instructions), Morrison, Todd W MD, Hypoxemia  Pulmonary edema  Non ST elevation MI

*Cardiology*

Electrocardiogram - 06/07/16 12:38:00, Stat, Dyspnea, No, No, 06/07/16 12:38:00, ED_OMC

*Consults*

Contact Physician - 06/07/16 13:33:00, Stat, Morrison, Todd W MD

*Diagnostic Tests*

Chest 1 View - 06/07/16 11:41:00 Stat, SOB(Shortness of Breath), Pregnant - N/A, Transport Mode: Stretcher, Rad Type, No, No, 06/07/16 11:41:00, ED_OMC

*Laboratory*

PT - Blood, Stat collect, 06/07/16 11:41:00, ONCE for 1 day(s), 06/07/16 11:41:00, ED_OMC

APTT - Blood, Stat collect, 06/07/16 11:41:00, ONCE for 1 day(s), 06/07/16 11:41:00, ED_OMC

zGFR MDRD - Blood, Collected, Stat collect, 06/07/16 12:00:00, 06/07/16 12:00:00, ED_OMC

zCBCAuto- Bill Only - Blood, Collected, Stat collect, 06/07/16 12:00:00, 06/07/16 12:00:00, ED_OMC

Procalcitonin Level - Blood, Add Test collect, 06/07/16 12:01:00, ONCE for 1 day(s), 06/07/16 12:01:00, ED_OMC

B-NP - Blood, Stat collect, 06/07/16 11:41:00, ONCE for 1 day(s), 06/07/16 11:41:00, ED_OMC

CBCw/DIFF - Blood, Stat collect, 06/07/16 11:41:00, 06/07/16 11:41:00, ED_OMC

CKMBIE - Blood, Stat collect, 06/07/16 11:41:00, 06/07/16 11:41:00, ED_OMC

Troponin - Blood, Stat collect, 06/07/16 11:41:00, 06/07/16 11:41:00, ED_OMC

BMP - Blood, Stat collect, 06/07/16 11:41:00, 06/07/16 11:41:00, ED_OMC

Magnesium - Blood, Stat collect, 06/07/16 11:41:00, ONCE, 06/07/16 11:41:00, ED_OMC

*Medications*

ENOXAPARIN 80MG INJ - 155 mg = 1.55 mL, SYRINGE, Subcutaneous, ONCE, NOW, Start Date: 06/07/16 13:09:00, Stop Date: 06/07/16 13:09:00

NITROGLYCERIN 0.4MG TABLET EA - 0.4 mg = 1 TAB, Tablet, Sublingual, Q5M, PRN, for chest pain, Start Date: 06/07/16 12:37:00, Duration: 3 Dose(s), Stop Date: Limited # of times

morphine* 2mg/mL syringe - 2 mg = 1 mL, SYRINGE, IV Push, Q15M, PRN, for pain, Start Date: 06/07/16 12:36:00, Duration: 5 Dose(s), Stop Date: Limited # of times

aspirin 324mg chew tab - 324 mg = 1 PKG, Tablet Chew, PO, ONCE, STAT, Start Date: 06/07/16 12:36:00, Stop Date: 06/07/16 12:36:00

FUROSEMIDE 40MG/4ML VIAL - 40 mg = 4 mL, Solution, IV Push, ONCE, NOW, Start Date: 06/07/16 12:36:00, Stop Date: 06/07/16 12:36:00

*Nursing*

Peripheral IV Insertion - 06/07/16 11:41:00

Telemetry - 06/07/16 11:41:00, Constant Order, STAT, Q15M

Blood Glucose Monitoring POC - 06/07/16 11:41:00, Stat, ONCE, 06/07/16 11:41:00, ED_OMC

LEGEND:      Abnormal = *      Critical = C      Interpretive data = i      Corrected = c      Low = L      High = H      Footnotes = @

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street      Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location:  3N; 309; 1 | Admit Date:  6/7/2016 |
| | | Disch Date:  6/10/2016 |

---

## ECC

---

*Special*
  ECC Dyspnea - PowerPlan Incoming -
*Vital Signs*
  Vital Signs - 06/07/16 11:41:00, Constant Indicator, Per Guideline

.

**Electrocardiogram:**
06/07/16 12:45
Ventricular Rate : 99 BPM
Atrial Rate : 99 BPM
P-R Interval : 190 ms
QRS Duration : 88 ms
Q-T Interval : 362 ms
QTC Calculation(Bezet) : 464 ms
P Axis : 71 degrees
R Axis : 95 degrees
T Axis : 66 degrees
Normal sinus rhythm
Possible Left atrial enlargement
Rightward axis
Septal infarct , age undetermined
Abnormal ECG
When compared with ECG of 07-JUN-2016 11:40,
Fusion complexes are no longer Present
Confirmed by BERRIGAN MD, J. PATRICK (9120) on 6/7/2016 1:11:50 PM

06/07/16 11:40
Ventricular Rate : 99 BPM
Atrial Rate : 99 BPM
P-R Interval : 174 ms
QRS Duration : 102 ms
Q-T Interval : 392 ms
QTC Calculation(Bezet) : 503 ms
P Axis : 65 degrees
R Axis : 79 degrees
T Axis : 65 degrees
Sinus rhythm with Fusion complexes
Possible Left atrial enlargement
Prolonged QT
Abnormal ECG
No previous ECGs available
Confirmed by BERRIGAN MD, J. PATRICK (9120) on 6/7/2016 11:49:58 AM

.

**Results review:**  Lab results : Lab View

| LEGEND: | Abnormal = * | Critical = C | Interpretive data = i | Corrected = c | Low = L | High = H | Footnotes = @ |
|---|---|---|---|---|---|---|---|

Inpatient

| | |
|---|---|
| Location:  3N; 309; 1 | Patient:  PLANK, JEFFREY S |
| Report Request ID:  139483503          n/a | MR#:  OMC_050479 |

# Olathe Medical Center, Inc.

20333 W. 151st Street      Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▇▇ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▇▇6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

| | ECC | |
|---|---|---|

| | | |
|---|---|---|
| 06/07/2016 12:32 | **PT** | **13.1 sec  HI** |
| | INR | 1.2 |
| | aPTT | 28 sec |
| 06/07/2016 12:13 | **Blood Glucose, Capillary** | **125 mg/dL  HI** |
| | Blood Glucose Reference | Norm fast adult bld gluc range non-diab is 70-99 mg/dL |
| 06/07/2016 12:00 | WBC | 7.65 thous/uL |
| | RBC | 4.86 mil/uL |
| | Hgb | 14.9 g/dL |
| | Hct | 46.5 % |
| | MCV | 96 fL |
| | MCH | 30.7 pg |
| | MCHC | 32.0 g/dL |
| | RDW-CV | 14.1 % |
| | **RDW-SD** | **49.1 fL  HI** |
| | Platelet | 220 thous/uL |
| | MPV | 9.5 fL |
| | Neutro % | 66.7 % |
| | Lymph % | 20.5 % |
| | Mono % | 8.4 % |
| | Eosin % | 3.1 % |
| | Baso % | 0.9 % |
| | Imm Gran % | 0.4 % |
| | Abs Neutro | 5.10 thous/uL |
| | Abs Lymph | 1.57 thous/uL |
| | Abs Mono | 0.64 thous/uL |
| | Abs Eosin | 0.24 thous/uL |
| | Abs Baso | 0.07 thous/uL |
| | **Abs Imm Gran** | **0.03 thous/uL  HI** |
| | nRBC Abs | 0.00 thous/uL |
| | nRBC % | 0.0 /100 WBC's |
| | **Glucose Level** | **114 mg/dL  HI** |
| | BUN | 14 mg/dL |
| | Creatinine | 1.10 mg/dL |
| | Sodium | 140 mmol/L |
| | K Plasma | 4.20 mmol/L |
| | Chloride | 104 mmol/L |
| | CO2 | 32 mmol/L |

LEGEND:     Abnormal = *     Critical = C     Interpretive data = i     Corrected = c     Low = L     High = H     Footnotes = @

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street     Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮ 1965 | MR# OMC_050479 | Physician: Morrison,Todd W MD |
| Sex:Male | Acct#: ▮6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location: 3N; 309; 1 | Admit Date: 6/7/2016 |
| | | Disch Date: 6/10/2016 |

## ECC

| | | |
|---|---|---|
| **AGAP** | **4 LOW** | |
| Calcium | 8.5 mg/dL | |
| CPK | 194 Unit/L | |
| **Troponin-I** | **1.060 ng/mL  HI** | |
| Magnesium | 1.80 mg/dL | |
| **BNP NT-Pro** | **1,175 pg/mL  HI** | |
| GFR MDRD | >60.0 mL/min/1.73m2  NA | |
| Procalcitonin Level | <0.05 ng/mL | |

**Chest X-Ray: CLINICAL HISTORY:** Dyspnea for a week, low room air O2 sat at primary care doctor's office.

AP upright portable view of the chest is submitted without previous exam available. The pericardial cardiac silhouette is enlarged. There is prominence of the central pulmonary vasculature, somewhat indistinct. There is no significant dependent pleural fluid or pneumothorax. There is mild perihilar opacity bilaterally.

**IMPRESSION:**

There is enlargement of the pericardial cardiac silhouette. There is prominence of the central pulmonary vasculature likely due to central pulmonary edema/increased vascular volume.

**Signature Line**

*** Preliminary Report ***

   Dictated by: McIlnay, Bradley J MD  06/07/16 12:11

Transcribed by: CAM  06/07/16 12:22

---

**Reexamination/ Reevaluation**

Time: 06/07/16 13:35:00 .

Course: improving, well controlled.

Assessment: Small run, 10 beat of non sustained, wide complex rythym changed, presumed V tach, which self terminated. Remains on 3 liters nasal cannula, good urine output, s/p lasix.  Denies chest pain currently.  , Hemodynamically stable.

**Procedure**

**Critical care note**

Total time: 30 minutes spent engaged in work directly related to patient care and/ or available for direct patient care.

Critical condition(s) addressed for impending deterioration include: respiratory, cardiovascular, central nervous system.

Associated risk factors: hypoxia, dysrhythmia, metabolic changes, Non ST elevation MI, Non Sustained Ventricular tachycardia.

Management: bedside assessment, supervision of care, Interpretation (chest x-ray, electrocardiogram, blood pressure, cardiac output measures), Interventions (hemodynamic management, vascular access, IV meds for diuresis, anti

---

LEGEND:     Abnormal = *     Critical = C     Interpretive data = i     Corrected = c     Low = L     High = H     Footnotes = @

Inpatient

# Olathe Medical Center, Inc.

20333 W. 151st Street        Olathe, KS 66061-5350

Patient:  **PLANK, JEFFREY S**

| | | |
|---|---|---|
| DOB: ▮ 1965 | MR# OMC_050479 | Physician:  Morrison,Todd W MD |
| Sex:Male | Acct#: ▮ 6636 | Print Date: 5/15/2020 10:09 CDT |
| Admit Age: 50 years | Location:  3N; 309; 1 | Admit Date:  6/7/2016 |
| | | Disch Date:  6/10/2016 |

---

*ECC*

---

coagulation, in setting of pulmonary edema secondary to subacute MI), Case review (primary care physician, medical specialist, nursing, family), Alternate history (family, emergency medical services).
Performed by: self.

## Impression and Plan

### Diagnosis

Hypoxemia
Pulmonary edema
Non ST elevation MI
Non Sustained 10 beat wide complex dysrythmia, presumed Ventricular tachycardia

### Calls-Consults

- 06/07/16 12:55:00 , Adewunmi, Adesiji J APRN, Cardiology, phone call, consult, recommends subQ lovenox, agrees with aspirin, morphine and nitro, will notify Dr. Lee to see in consultation.
- 06/07/16 13:48:00 , Morrison, Todd W MD, Patient's primary care physician, phone call, consult, recommends admit Telemetry floor, Will place orders in Computer for Admission.
- 06/07/16 14:01:00 , Lee, Howard Y DO, Cardiology, phone call, consult, came to ED and personally evaluated patient..

### Plan

**Condition:** Improved, Stable.
**Disposition:** Admit: to Telemetry Unit.
**Counseled:** Patient, Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions.