Patient Name: PLANK, JEFFREY S
Date of Birth: 1965

Case 2:17-cr-20026-JWL   Document 51-3   Filed 05/22/20   Page 1 of 3

MRN: OMC_050479; OMSI_5294921
FIN: 29861994

* Auth (Verified) *

Page 1 of 3



**OLATHE MEDICAL CENTER**
20333 W 151st Street
Olathe, KS 66061
(913)791-4200

### Transthoracic Echocardiogram

2D and Color Doppler

| | | |
|---|---|---|
| **Patient:** | JEFFREY S PLANK | |
| **MR number:** | 000050479 | |
| **Study date:** | 08/17/2016 | |
| **Account number:** | 1994 | |

| | | | | |
|---|---|---|---|---|
| **DOB:** | 1965 | **Height:** 72 in | **HR:** 73 bpm | |
| **Age:** | 50 years | **Weight:** 293.5 lb | **BP:** 100/68 | |
| **Gender:** Male | | **BSA:** 2.51 m² | | |

| | | | |
|---|---|---|---|
| **Ordering Physician:** | Howard Lee, DO | **Echo Technologist:** | Patricia Vann, RDCS |
| **Reading Physician:** | Andrea Yang, MD | | |

**Procedure Data:** The procedure was performed in the out-patient area. This was a routine study. The transthoracic approach was used. The study included limited 2D imaging and color Doppler. Image quality was adequate.

**Indications and History**
Assess left ventricular function. Cardiomyopathy-idiopathic. Prior history: Risk factors: hypertension and morbid obesity.

**Summary**
1. Left ventricle: The ventricle was markedly dilated. Systolic function was severely reduced by visual assessment. Ejection fraction was estimated in the range of 25 % to 30 %. Wall thickness was mildly increased.
2. Right ventricle: The ventricle was dilated.
3. Aortic valve: The valve was trileaflet. Leaflets exhibited normal thickness and normal cuspal separation. There was no stenosis.
4. Aorta, systemic arteries: The root exhibited moderate dilation.
5. Pericardium: There was no pericardial effusion.

**Cardiac Anatomy**

**Left ventricle:** The ventricle was markedly dilated. Systolic function was severely reduced by visual assessment. Ejection fraction was estimated in the range of 25 % to 30 %. Wall thickness was mildly increased.



MR# 000050479: PLANK, JEFFREY S (Proc. Date: 08/17/2016 9:10:59 AM)

DEFENDANT'S EXHIBIT 3

Patient Name: PLANK, JEFFREY S
Date of Birth: ▇ 1965

MRN: OMC_050479; OMSI_5294921
FIN: 29861994

\* Auth (Verified) \*

Page 2 of 3

**Right ventricle:** The ventricle was dilated. Systolic function was low normal.

**Left atrium:** Size was normal.

**Right atrium:** Size was normal.

**Aortic valve:** The valve was trileaflet. Leaflets exhibited normal thickness and normal cuspal separation. Doppler: There was no stenosis.

**Aorta:** The root exhibited moderate dilation.

**Mitral valve:** There was normal leaflet separation. Doppler: There was no evidence for stenosis. There was no significant regurgitation.

**Tricuspid valve:** Doppler: There was no evidence for tricuspid stenosis. There was no significant regurgitation.

**Pulmonary artery:** Doppler: The tricuspid jet envelope definition was inadequate for estimation of RV systolic pressure. There are no indirect findings (abnormal RV volume or geometry, altered pulmonary flow velocity profile, or leftward septal displacement) which would suggest moderate or severe pulmonary hypertension.

**Systemic veins:** IVC: The inferior vena cava was normal in size and course. Respirophasic changes were normal.

**Pericardium:** There was no pericardial effusion.

## System Measurement tables

### 2D measurements

| Unspecified Anatomy | | Normal |
|---|---|---|
| %FS | 19 % | |
| Ao Diam | 4.2 cm | |
| EDV(Teich) | 257.7 ml | |
| EF(Cube) | 46.9 % | |
| EF(Teich) | 38.1 % | |
| ESV(Cube) | 184.3 ml | |
| ESV(Teich) | 159.5 ml | |
| IVSd | 1.2 cm | |
| LAAs A2C | 20 cm2 | |
| LAAs A4C | 24.1 cm2 | |
| LAESV A-L A2C | 53.5 ml | |
| LAESV A-L A4C | 72.3 ml | |
| LAESV Index (A-L) | 25.6 ml/m2 | |
| LAESV MOD A2C | 53.4 ml | |
| LAESV MOD A4C | 69.1 ml | |
| LAESV(A-L) | 64.3 ml | |
| LALs A2C | 6.4 cm | |
| LALs A4C | 6.8 cm | |
| LVIDd | 7 cm | |
| LVIDs | 5.7 cm | |
| LVOT Diam | 2.4 cm | |
| LVPWd | 1.1 cm | |
| RA Area | 16.2 cm2 | |
| SI(Cube) | 64.9 ml/m2 | |
| SI(Teich) | 39.2 ml/m2 | |
| SV(Cube) | 162.8 ml | |
| SV(Teich) | 98.3 ml | |

Prepared and electronically signed by

*[signature]*

MR# 000050479: PLANK, JEFFREY S (Proc. Date: 08/17/2016 9:10:59 AM)

Patient Name: PLANK, JEFFREY S  
Date of Birth: ■■ 1965

MRN: OMC_050479; OMSI_5294921  
FIN: 29861994

* Auth (Verified) *

Page 3 of 3

Andrea Yang, MD  
Signed 08/17/2016 11:35:13

MR# 000050479: PLANK, JEFFREY S (Proc. Date: 08/17/2016 9:10:59 AM)

Page 3 of 3