## Olathe Health Cardiology Services

20805 W 151st Street Suite 400    Olathe, KS 66061-

Patient: **PLANK, JEFFREY S**
DOB:     1965
Sex: Male
Admit Age: 50 years

MR# OMSI_5294921
Acct#:     2555
Location: Cardiology Services; Check Out

Physician: Lee, Howard Y DO
Print Date: 5/21/2020 11:22 CDT
Admit Date: 8/3/2016
Disch Date: 8/3/2016

### Office-Clinic Notes

Integumentary: Warm, Dry.
Neurologic: Alert, Oriented.
Psychiatric: Cooperative, Appropriate mood & affect.

Heavy tobacco smoker, Cigarettes, 20 per day. 25 year(s). Started age 25.0 Years.

**Family History**
Aortic aneurysm: Father.
Coronary artery disease: Negative: Mother.
Fibromyalgia: Negative: Mother.
High blood pressure: Negative: Mother.
Hyperlipidemia: Negative: Mother.
Hypothyroid: Negative: Mother.
Migraine: Negative: Mother.
Type II diabetes mellitus: Negative: Mother.

Assessment/Plan
**1. Nonischemic cardiomyopathy LVEF 25%**
Euvolemic. Compliant with recommendations and medications.

Continue BB, ACE-I. Decrease lasix and add aldactone. Recheck BMP in 5 days. Discussed importance of lifevest. Will reassess LVEF after 40 days.

**2. HTN**
low normal, am decreasing lasix, but adding aldactone.

**3. Morbid obesity**
Compliant with lifestyle changes. losing weight.

**4. Dyslipidemia**
followed by PCP on statin and lifestyle changes.

**5. DM 2**
followed by PCP.

*** Final Report ***
cc: Morrison, Todd W MD
Electronically signed by: Lee, Howard Y DO  08/03/16 15:37
Electronically Modified by: Lee, Howard Y DO  08/03/16 15:37
Dictated/Created by: Lee, Howard Y DO  08/03/16 15:37

**DEFENDANT'S EXHIBIT 4**

LEGEND:    Abnormal = *    Critical = C    Interpretive data = i    Corrected = c    Low = L    High = H    Footnotes = @
Clinic

Location: Cardiology Services; Check Out
Report Request ID: 139729729                                n/a

Patient: PLANK, JEFFREY S
MR#: OMSI_5294921