# Olathe Medical Center, Inc.

20333 W. 151st Street   Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**
DOB: ▇▇ 1965          MR# OMC_050479          Physician: Morrison, Todd W MD
Sex: Male             Acct#: ▇▇8893            Print Date: 5/15/2020 10:10 CDT
Admit Age: 49 years   Location: SLEEP          Admit Date: 10/20/2014
                                               Disch Date: 10/20/2014

### Sleep Disorders Center Documentation

| Document | Author/Signed Date | Date of Service | Document Status |
|---|---|---|---|
| Polysomnography Report | Lawlor, Dennis P MD (10/27/2014 10:27 CDT) | 10/20/2014 00:00 CDT | Auth (Verified) |

**Date of Service:** 10/20/14

## NOCTURNAL POLYSOMNOGRAM

**REFERRING AND ORDERING PHYSICIAN:** Dr. Todd Morrison

**REASON FOR PROCEDURE:** This is a 49-year-old gentleman who is 74 inches tall and weighs 315 pounds. He has had difficulty initiating sleep, difficulty maintaining sleep with restlessness and then daytime fatigue. He has been noted to have loud snoring. He has a number of family members that apparently have sleep apnea, and is concerned he may have sleep apnea as well. The patient is referred now for an assessment for suspected obstructive sleep apnea.

**PROCEDURE:** The patient was monitored in the Olathe Sleep Laboratory nocturnally on room air utilizing a 6-channel EEG, bilateral EOG, EMG of the submental and anterior tibialis muscles. EKG and pulse oximetry (sampling rate of 3 seconds) were utilized during testing. Chest and abdominal Respiratory Inductance Plethysmography (RIP) and a snore sensor were utilized. Airflow was monitored by pressure transducer and oronasal thermistor. Hypopnea is defined as a 4% reduction in oxyhemoglobin saturation.

**SLEEP DATA:** The patient was monitored for a total of 383.5 minutes of which she spent asleep 304.5 minutes for a sleep efficiency of 79%, which is mildly reduced. The patient's latency to sleep onset was somewhat shortened at 5.5 minutes. The patient's latency to REM sleep was delayed at 112.0 minutes. Sleep continuity, overall, was poor, with an elevated arousal/postawakening index of 43.7 events per hour. Sleep stage data was abnormal with an increase in light sleep, particularly stage II sleep. Slow-wave sleep was greatly reduced. REM sleep was relatively mildly reduced.

**RESPIRATORY DATA:** During the initial phase of the study, prior to application of treatment, the patient demonstrated severe obstructive sleep apnea with an apnea/hypopnea index of 103.7 events per hour. Severe oxyhemoglobin desaturation to 58% was noted.

CPAP was initiated at a setting of 5 cm of water and pressure was gradually titrated up to a maximum of 15. At that point the patient was switched to BIPAP initially at a setting of 14/10 and gradually increased up to 18/14. The patient was switched back to CPAP at a setting of 15 with a full face mask and appeared to do the best of the entire night. On that setting the patient had a residual apnea/hypopnea

## Olathe Medical Center, Inc.

20333 W. 151st Street        Olathe, KS 66061-5350

Patient: **PLANK, JEFFREY S**
DOB: ▮1965
Sex: Male
Admit Age: 49 years

MR# OMC_050479
Acct#: ▮8893
Location: SLEEP

Physician: Morrison, Todd W MD
Print Date: 5/15/2020 10:10 CDT
Admit Date: 10/20/2014
Disch Date: 10/20/2014

---

**Sleep Disorders Center Documentation**

---

index of 5.4 events per hour, the best sleep quality of the night with very few arousals and mild oxyhemoglobin desaturation.

**OTHER DATA:** Occasional PVCs were noted. Moderate periodic limb movements of sleep were noted with a frequency of 88.7 events per hour with only 0.4 events per hour resulted in arousal.

**IMPRESSION:**
1. Very severe obstructive sleep apnea.
2. Profoundly severe oxygen desaturation with abnormal respiratory events.
3. Good treatment result on high-level CPAP at a setting of 15 cm of water with a chin strap.
4. Abnormal sleep architecture as described above.

**TREATMENT RECOMMENDATIONS:** This patient clearly demonstrates severe obstructive sleep apnea. He appears to respond well to CPAP. As initial treatment approach, I would recommend a trial of nasal CPAP at 15 cm of water with a C-flex setting of 3 and heat humidification. During this study, he was treated with a large size Fisher and Paykel Simplus full face mask with a chin strap.

In general, the patient should be cautioned to avoid ethanol and sedative hypnotics. The patient should be advised to attempt weight loss to ideal body weight. Lastly, the patient should be cautioned to avoid hazardous activity such as driving until daytime sleepiness improves with therapy.

*** Final Report ***
cc: Morrison, Todd W MD
*Electronically signed by: Lawlor, Dennis P MD  10/27/14 10:27*
*Transcribed by: BJG  10/25/14 15:41*
*Dictated/Created by: Lawlor, Dennis P MD  10/24/14 14:46*

---

LEGEND:   Abnormal = *    Critical = C    Interpretive data = i    Corrected = c    Low = L    High = H    Footnotes = @

Outpatient

Location: SLEEP
Report Request ID:  139483509

n/a

Patient: PLANK, JEFFREY S
MR#: OMC_050479