BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                      FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) DeWayne Hendrix, Complex Warden | DATE: March 29, 2020 |
|---|---|
| FROM: Jeffery Plank | REGISTER NO.: 28723-031 |
| WORK ASSIGNMENT: WA unit orderly | UNIT: WA |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting a Compassionate Release to home Confinement Because of the numerous health issues that make me extremly high risk to Covid-19 virus. I am 54, a heavy Smoker, two heart attacks, Diabetes, obese with Sleep apnia. I have Camp facility Points, I believe I am a low Security risk and low risk of recidivism. I have zero discipline issues and high Programming history. I own my home and have a Property management position waiting for me when I get out. I am a first time, Non-Violent offender and I was a leader in my Community. Thank You.

(Do not write below this line)

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate          This form replaces BP-148.070 dated Oct 86
(This form may be replicated via WP)         and BP-S148.070 APR 94

**DEFENDANT'S EXHIBIT 7**